# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| ServeFed, Inc. ) | ASBCA No. 61954 |
| ) | |
| Under Contract No. W81K02-17-D-0004 ) | |

APPEARANCE FOR THE APPELLANT:  Edward J. Tolchin, Esq.
 Offit Kurman, PA
 Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
 CPT Brian C. Habib, JA
 Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 4, 2019

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61954, Appeal of ServeFed, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals